GORLICK, KRAVITZ & LISTHAUS, P.C.
Michael Vollbrecht, Esq. (MV1118)
17 State Street, 4th Floor
New York, New York 10004-1501
(212) 269-2500
Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X
WASTE MATERIAL, RECYCLING AND GENERAL              :
INDUSTRIAL LABORERS' LOCAL 108, LABORERS'          :
INTERNATIONAL UNION OF NORTH AMERICA, AFL-CIO      :
as Successor to LOCAL 445, LIUNA; ROBERTO OTERO,   :
MERY SALAZAR, MERCEDES SALZEDO, DUDLEY             :
WILLIAMS, JOSEPH WASHINGTON, BERTRAM JAMES,        :
RODILL HARRY, BRINZLEY PERRIN, MELVERTON           :
MILLER, HUGH SMITH, HORACE HENRY, ROBERT           :
FINLETTER, and GLEN BLACKSTAR, in their own        :
behalf and on behalf of the LOCAL 445 LABORER'S    :
HEALTH AND WELFARE FUND a/k/a LIFE BENEFIT         :
FUND                                               :   97 CV 6034 (JG) (RLM)
                                    Plaintiffs  :
              - against -                              :
JOHN MONGELLO, JR.; JOHN MONGELLO, SR.;RAFAEL      :   ORDER
GRIFFIN, SR.; GEORGE RUTIGLIANO; JACK              :
RUTIGLIANO; JOSEPH RUTIGLIANO; MAUREEN             :
MATJANI; JEFFREY CAPUTO; VINCENT LASORSA;          :
LEAGUE OF INTERNATIONAL FEDERATED                  :
EMPLOYEES; LOCAL 445,LEAGUE OF INTERNATIONAL       :
FEDERATED EMPLOYEES; RETAIL WHOLESALE              :
WAREHOUSE AND PRODUCTION EMPLOYEES                 :
INTERNATIONAL UNION; HERMAN REICH; DAVID           :
GRIFFIN; PETER HASHO; THEODORE PAPAHATZIS;         :
ELLA DUPREE; MICHAEL ARONNE; OMAR ISAAC;           :
RAMON ISAAC;CARLOS CRUZ; ORLANDO HERNANDEZ;        :
JOSE PINA; ROBERTO DEGUIDICE; KATHLEEN             :
MONGELLO; KERRI-LYNN MONGELLO; RAFAEL              :
GRIFFIN, JR.;RICHARD FERRARO; DEBORAH HERBERT;     :
FETINA MASSIAH; DIMAS NUNEZ; PETER LOPEZ;          :
ROSEMARIE MONGIELLO; and SEDGEWICK, NOBLE          :
AND LOWNDES                                        :
                                  Defendants  :
------------------------------------------------------------------------X

## ORDER

Now, upon the Notice of Motion and the affidavits of Larry Beebe, CPA and Michael Vollbrecht, Esq and the exhibits annexed thereto in support thereof, it is hereby ORDERED as follows:

1. The accounting of Bond Beebe, as Fund Administrator of the Eligible Employees Settlement Funds ("Fund") is hereby approved; and

2. Bond Beebe is authorized to withdraw its fees and expenses in the amount of $20,520.64 from the Fund assets; and

3. Effective upon such withdrawal, the Fund shall be terminated; and

4. Effective upon the termination of the Fund, Bond Beebe is relieved of any further obligations with respect to the Fund.

So Ordered this 24 day of June,

Gleeson, J.
USDJ